# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA

FILED
ASHEVILLE, N.C.
OCT 15 2010
U.S. DISTRICT COURT
W. DIST. OF N.C.

Anthony M. Edgerton, Sr.
_____
PLAINTIFF,

vs.

Charles George VAMC-Asheville
1100 Tunnel Road
Asheville, NC 28805
_____
DEFENDANT(S).
United States of American

**COMPLAINT**
(42 U.S.C. §1983, §1985)

CASE NO. 1:10CV237

## A. JURISDICTION

Jurisdiction is proper in this court according to:

a. ✓ 42 U.S.C. §1983
b. ___ 42 U.S.C. §1985
c. ✓ Other (Please Specify) As to Tort Rule. Title 28 USC §1402(b) + Section 1346b 2675

## B. PARTIES

1. **Name of Plaintiff:**
   **Address:**
   Anthony M. Edgerton, Sr
   153 Hamilton St.
   Forest City, NC 28043
   828-429-6058

2. **Name of Defendant:**
   **Address:**
   Charles George VAMC-Asheville
   1100 Tunnel Road
   Asheville NC 28805
   ※ United States of America

Is Employed as _____ at _____
(Position/Title, if any)            (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES ✓ NO ____. If your answer is "YES" briefly explain.

Charles George VAMC ER is open 24 hours per Day & is Required By Law to Treat Any & Everyone as A Humanitarian & Bill Accordingly. I Am A Veteran - Presented my VA Card, Insurance Card - Was Denied ER Treatment By A Clerk/s - Saying I was not eligible.

3. Name of Defendant: Charles George VAMC / United States of America
   Address: 1100 Tunnel Rd
   Asheville, NC 28805

Is Employed as _____ at _____
              (Position/Title, if any)        (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES____ NO____. If your answer is "YES" briefly explain.

_____
_____

4. Name of Defendant: _____
   Address: _____
   _____
   _____

Is Employed as _____ at _____
              (Position/Title, if any)        (Organization)

Was the defendant acting under the authority or color of state law at the time these claims occurred?

YES____ NO____. If your answer is "YES" briefly explain.

_____
_____

(Use additional sheets if necessary.)

## C. NATURE OF CASE

Why are you bringing this case to court? Please explain the circumstances that led to the problem. 5-18-08 I was driven to VAMC-Asheville by James Hines - I thought I was having a stroke, I could not see to drive, I was Refused Care by a Clerk at ER Front Desk (Enclosed Details Attachments) I begged to be seen - Refused care + Delay caused me permanet Damage, permanent DISABILITY - Extensive outside medical expenses, my credit now ruined - Case referred to VAMC Risk Mgr - Kathy Aarlems who investigated & agreed with me Negligence occurred - was instructed to complete outside medical care Submit all those Bills, expenses, + Pain & Suffering Claim. I did - It was referred to Regional Council - Denied - Filed for Reconsideration US Atty in Dec - Case Been Here more than 6 mos - No Action Taken.

## D. CAUSE OF ACTION

I allege that my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach additional pages)

a. (1) Count I: Neglect of Emergency Care
ALL Documents Attached

(2) Supporting Facts: (Describe exactly what each defendant did or did not do. State the facts clearly in your own words without citing any legal authority. Use additional sheets if necessary.)
Clerks in ER Refused me Severe Emerg care on 5-18-08

b. (1) Count II: _____

(2) Supporting Facts: ALL Facts Attached - Ltr from VAMC Risk Mgr Agreeing incident occurred.

## E. INJURY

How have you been injured by the actions of the defendant(s)?
I am now permanently Disabled
Lack of Care - allowed my Blood pressure to continue to Rise + cause permanent Damage
Extensive outside medical Bills - Expenses - Pain & Suffering -
Credit Ruined -

# F. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

Have you filed other lawsuits in state or federal court that deal with the same facts that are involved in this action? YES____ NO__X__

If your answer is "YES", describe each lawsuit. (If there are more than one lawsuits, describe additional lawsuits on additional separate pages, using the same outline.)

1. Parties to previous lawsuits:

   Plaintiff(s):_____

   Defendant(s):_____

2. Name of court and case or docket number:

   _____

3. Disposition (for example, was the case dismissed? Was it appealed? Is it still pending?)

   _____
   _____
   _____

4. Issued raised:

   _____
   _____
   _____

5. When did you file the lawsuit? _____
                                              Date: Month/Year

6. When was it (will it be) decided?_____

Have you previously sought informal or form relief from the appropriate administrative officials regarding the acts complained of in Part D?

                    YES _____ NO _____

If your answer is "YES" briefly describe how relief was sought and the results. If your answer is "NO" explain why administrative relief was

Contacted Risk Mgt May 08 & Risk mgt agreed error made (OMB)
not sought.
I filed with Risk Mgt 8-21-09 – It was Referred to Regional Counsel – they kept for almost 6 mos – only offered me 3-4000 – which would NOT EVEN cover medical Bills – I sent to US Atty NC for Reconsideration Jan 2010 – They still have not Acted on case – Now eligible To File Federal District Court for Resolution.

## G. REQUEST FOR RELIEF

**I believe I am entitled to the following relief:**

- $1,500,000.00 Total includes nosing medical Bills; Expenses; Loans; Pain & Suffering; Loss Wages; Permanent Disability.
- NSC 100% Pension
- Letters written to 3 credit Bureaus to help Restore my Credit.
- Assistance in getting my SSAN Disability Approved.

## JURY TRIAL REQUESTED

YES _____ NO __X__

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. §1746; 18 U.S.C. §1621.

Executed at Asheville, NC (Amen) Forest City, NC (Amen)
(Location) on 10-15-10 (Date).

_____
Signature