# United States District Court
# For The Western District of North Carolina
# Asheville Division

ANTHONY M. EDGERTON, SR.,

       Plaintiff,	JUDGMENT IN A CIVIL CASE

vs.	1:10cv237

CHARLES GEORGE, VAMC-ASHEVILLE and UNITED STATE OF AMERICA,

       Defendants.

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 2/25/2011 Order.

Signed: February 25, 2011

_____
Frank G. Johns, Clerk
United States District Court